**SO ORDERED.**

**Dated: October 30, 2012**

*Charles G. Case, II, Bankruptcy Judge*
_____

UST-32A, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ 85377

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KRAMER, ROBERT F. | ) | Case No. 09-18453-PHX CGC |
| KRAMER, ANN M. | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s). | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $12,204.28 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

_____    _____
Date                              CHARLES G. CASE II
                                  UNITED STATES BANKRUPTCY JUDGE