## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re: KRAMER, ROBERT F. § Case No. 09-18453-PHX
      KRAMER, ANN M. §
     §
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JILL H. FORD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $922,525.00   Assets Exempt: $422,675.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $67,038.22   Claims Discharged Without Payment: $1,545,004.63

Total Expenses of Administration: $55,961.79

3) Total gross receipts of $ 123,000.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $123,000.01 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $540,000.00 | $287,914.48 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 55,961.79 | 55,961.79 | 55,961.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 970,848.67 | 1,026,602.44 | 1,026,602.44 | 67,038.22 |
| **TOTAL DISBURSEMENTS** | $1,510,848.67 | $1,370,478.71 | $1,082,564.23 | $123,000.01 |

4) This case was originally filed under Chapter 7 on August 04, 2009. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/25/2013           By: /s/JILL H. FORD
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CASH | 1129-000 | 100.00 |
| CHECKING ACCOUNT AT CHASE | 1229-000 | 30.00 |
| CHECKING ACCOUNT AT WELLS FARGO (LLC) | 1229-000 | 129.59 |
| 2008 FEDERAL TAX REFUND | 1224-000 | 1,783.69 |
| 2008 STATE TAX REFUND | 1224-000 | 6,392.24 |
| REPAYMENT OF ATTORNEY RETAINER | 1241-000 | 17,500.00 |
| PREFERENCE-CITIBANK | 1241-000 | 7,000.00 |
| PREFERENCE- WELLS FARGO | 1241-000 | 5,400.00 |
| 2009 STATE TAX REFUNDS | 1224-000 | 2,692.69 |
| 2009 FEDERAL TAX REFUND | 1224-000 | 6,951.00 |
| STIPULATION | 1241-000 | 75,000.49 |
| Interest Income | 1270-000 | 20.31 |
| **TOTAL GROSS RECEIPTS** | | **$123,000.01** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | SUNTRUST MORTGAGE INC | 4110-000 | 290,000.00 | 287,914.48 | 0.00 | 0.00 |
| NOTFILED | Chase Bank | 4110-000 | 250,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$540,000.00** | **$287,914.48** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JILL H. FORD | 2100-000 | N/A | 9,399.95 | 9,399.95 | 9,399.95 |
| JILL H. FORD | 2200-000 | N/A | 174.15 | 174.15 | 174.15 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| CLERK. U. S. BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| TERRY A. DAKE | 3210-000 | N/A | 44,405.00 | 44,405.00 | 44,405.00 |
| TERRY A. DAKE | 3220-000 | N/A | 780.19 | 780.19 | 780.19 |
| The Bank of New York Mellon | 2600-000 | N/A | 91.57 | 91.57 | 91.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 107.15 | 107.15 | 107.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 97.18 | 97.18 | 97.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 93.75 | 93.75 | 93.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 103.26 | 103.26 | 103.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 209.59 | 209.59 | 209.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$55,961.79** | **$55,961.79** | **$55,961.79** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | INTERNAL REVENUE SERVICE | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ARIZONA DEPT. OF REVENUE | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | INTERNAL REVENUE SERVICE | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LOUANNE DELANEY | 7100-000 | 24,514.49 | 26,538.69 | 26,538.69 | 1,753.85 |
| 3 -2 | BIKE FASHION CORP. | 7100-000 | 171,206.74 | 708,775.81 | 708,775.81 | 46,840.65 |
| 4 -2 | HARVEY GOULD | 7100-000 | 62,792.60 | 92,335.37 | 92,335.37 | 0.00 |
| 5 -2 | DONALD FAST | 7100-000 | 62,792.60 | 92,335.37 | 92,335.37 | 6,102.14 |
| 6 -2 | DENNIS PORTER | 7100-000 | 62,792.60 | 92,335.37 | 92,335.37 | 0.00 |
| 7 -2 | PATRICK MURPHY | 7100-000 | 1,309.23 | 2,077.55 | 2,077.55 | 137.30 |
| NOTFILED | MARICOPA COUNTY SUPERIOR COURT | 7100-000 | 1,083.00 | N/A | N/A | 0.00 |
| NOTFILED | MACKAY & MOXEY | 7100-000 | 24,625.00 | N/A | N/A | 0.00 |
| NOTFILED | R C ROMERO C/O DANIEL BEEKS | 7100-000 | 4,604.74 | N/A | N/A | 0.00 |
| NOTFILED | SEARS & CO. CHAMBERS | 7100-000 | 21,702.83 | N/A | N/A | 0.00 |
| NOTFILED | THOMAS KITCHING C/O DANIEL BEEKS | 7100-000 | 4,604.74 | N/A | N/A | 0.00 |
| NOTFILED | SYNDICATE ENTERPRISES C/O DANIEL BEEKS | 7100-000 | 4,604.74 | N/A | N/A | 0.00 |
| NOTFILED | M L SWEENEY C/O DANIEL BEEKS | 7100-000 | 4,604.74 | N/A | N/A | 0.00 |
| NOTFILED | ALPORT HOLDINGS C/O DANIEL BEEKS | 7100-000 | 4,604.74 | N/A | N/A | 0.00 |
| NOTFILED | CV1994-004370 PLAINTIFFS C/O DANIEL BEEKS | 7100-000 | 510,401.14 | N/A | N/A | 0.00 |
| NOTFILED | A K BASU C/O DANIEL BEEKS | 7100-000 | 4,604.74 | N/A | N/A | 0.00 |
| | CLERK, U.S. BANKRUPTCY COURT | 7100-000 | N/A | 12,204.28 | 12,204.28 | 12,204.28 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $970,848.67 | $1,026,602.44 | $1,026,602.44 | $67,038.22 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-18453-PHX  
**Case Name:** KRAMER, ROBERT F.  
KRAMER, ANN M.  
**Period Ending:** 03/25/13  

**Trustee:** (240340) JILL H. FORD  
**Filed (f) or Converted (c):** 08/04/09 (f)  
**§341(a) Meeting Date:** 09/08/09  
**Claims Bar Date:** 05/19/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | HOUSE AT 48TH PLACE, PARADISE VALLEY | 650,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH | 100.00 | 100.00 | | 100.00 | FA |
| 3 | CHECKING ACCOUNT AT WELLS FARGO | 150.00 | 2.84 | | 0.00 | FA |
| 4 | CHECKING ACCOUNT AT WELLS FARGO (u) | Unknown | 0.00 | | 0.00 | FA |
| 5 | CHECKING ACCOUNT AT CHASE (u) | Unknown | 30.00 | | 30.00 | FA |
| 6 | CHECKING ACCOUNT AT WELLS FARGO (LLC) (u) | Unknown | 129.59 | | 129.59 | FA |
| 7 | SECURITY DEPOSIT WITH APS | 200.00 | 0.00 | | 0.00 | FA |
| 8 | HOUSEHOLD GOODS AND FURNISHINGS | 4,000.00 | 0.00 | | 0.00 | FA |
| 9 | PICTURES & BOOKS | 250.00 | 0.00 | | 0.00 | FA |
| 10 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 11 | WEDDING RING & WATCH | 1,075.00 | 0.00 | | 0.00 | FA |
| 12 | FIREARM | 350.00 | 0.00 | | 0.00 | FA |
| 13 | 401K | 265,000.00 | 0.00 | | 0.00 | FA |
| 14 | REGIS PROPERTIES INC (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | MOUNT ROYAL MGT INC (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | CONTRACTORS MACHINERY SALES, INC. (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | PETS | 500.00 | 0.00 | | 0.00 | FA |
| 18 | 2 HORSES | 500.00 | 0.00 | | 0.00 | FA |
| 19 | 2008 FEDERAL TAX REFUND (u) | Unknown | 3,872.00 | | 1,783.69 | FA |
| 20 | 2008 STATE TAX REFUND (u) | Unknown | 9,319.00 | | 6,392.24 | FA |
| 21 | INHERITANCE IN BAHAMAS PROBATE (u) (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 22 | REPAYMENT OF ATTORNEY RETAINER (u) (See Footnote) | Unknown | 17,500.00 | | 17,500.00 | FA |
| 23 | PREFERENCE-CITIBANK (u) (See Footnote) | Unknown | 13,039.52 | | 7,000.00 | FA |
| 24 | PREFERENCE- WELLS FARGO (u) | Unknown | 5,400.00 | | 5,400.00 | FA |
| 25 | 2009 STATE TAX REFUNDS (u) | Unknown | 2,692.69 | | 2,692.69 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-18453-PHX  **Trustee:** (240340) JILL H. FORD
**Case Name:** KRAMER, ROBERT F.  **Filed (f) or Converted (c):** 08/04/09 (f)
KRAMER, ANN M.  **§341(a) Meeting Date:** 09/08/09
**Period Ending:** 03/25/13  **Claims Bar Date:** 05/19/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 26 | 2009 FEDERAL TAX REFUND (u) (See Footnote) | Unknown | 6,890.33 | | 6,951.00 | FA |
| 27 | PREFERENCE-FALCON POWER (u) (See Footnote) | Unknown | 35,000.00 | | 0.00 | FA |
| 28 | PREFERENCE-GERI DEL PRADO (u) (See Footnote) | Unknown | 4,821.56 | | 0.00 | FA |
| 29 | PREFERENCE-NATURESCAPE (u) (See Footnote) | Unknown | 7,100.00 | | 0.00 | FA |
| 30 | PREFERENCE- MARISSA MAYER (u) (See Footnote) | Unknown | 10,000.00 | | 0.00 | FA |
| 31 | FORD EXPLORER (u) (See Footnote) | Unknown | 5,000.00 | | 0.00 | FA |
| 32 | PREFERENCE-GERALDINE KRAMER (u) (See Footnote) | Unknown | 4,821.56 | | 0.00 | FA |
| 33 | PREFERENCE- FALCON POWER (u) (See Footnote) | Unknown | 93,481.47 | | 0.00 | FA |
| 34 | STIPULATION (u) (See Footnote) | Unknown | 75,000.00 | | 75,000.49 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 20.31 | FA |
| 35 | Assets Totals (Excluding unknown values) | **$922,625.00** | **$294,200.56** | | **$123,000.01** | **$0.00** |

```
RE PROP# 14    NO VALUE PER ATTY
RE PROP# 15    NO VALUE PER ATTY
RE PROP# 16    NO VALUE PER ATTY
RE PROP# 21    NO VALUE PER ATTY. DEBTOR OWES THE ESTATE MONEY
RE PROP# 22    STIPULATION ENTERED
RE PROP# 23    STIPULATION ENTERED.
RE PROP# 26    ACTUAL VALUE IS $6951.00
RE PROP# 27    INCLUDED IN STIPULATION ASSET 34.
RE PROP# 28    INCLUDED IN STIPULATION ASSET 34.
RE PROP# 29    INCLUDED IN STIPULATION ASSET 34.
RE PROP# 30    INCLUDED IN STIPULATION ASSET 34.
RE PROP# 31    INCLUDED IN STIPULATION ASSET 34.
RE PROP# 32    INCLUDED IN STIPULATION ASSET 34.
RE PROP# 33    INCLUDED IN STIPULATION ASSET 34.
RE PROP# 34    INCLUDES ASSETS 27,28,29,30,31,32,AND 33,
```

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-18453-PHX  **Trustee:** (240340) JILL H. FORD
**Case Name:** KRAMER, ROBERT F.  **Filed (f) or Converted (c):** 08/04/09 (f)
KRAMER, ANN M.  **§341(a) Meeting Date:** 09/08/09
**Period Ending:** 03/25/13  **Claims Bar Date:** 05/19/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 2, 2011       **Current Projected Date Of Final Report (TFR):** January 19, 2012 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-18453-PHX  
**Case Name:** KRAMER, ROBERT F.  
KRAMER, ANN M.  
**Taxpayer ID #:** **-***8902  
**Period Ending:** 03/25/13

**Trustee:** JILL H. FORD (240340)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-65 - Money Market Account  
**Blanket Bond:** $72,661,955.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/01/09 | {19} | UNITED STATES TREASURY | 2008 FEDERAL TAX REFUND | 1224-000 | 1,783.69 | | 1,783.69 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,783.76 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,783.83 |
| 02/01/10 | {22} | POLSINELLI SHUGHART | RETURN OF ATTORNEY RETAINER | 1241-000 | 17,500.00 | | 19,283.83 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 19,284.44 |
| 03/16/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.44 | | 19,284.88 |
| 03/16/10 | | Wire out to BNYM account 9200******1565 | Wire out to BNYM account 9200******1565 | 9999-000 | -19,284.88 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -19,284.88 | 0.00 | |
| **Subtotal** | 19,284.88 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$19,284.88** | **$0.00** | |

{} Asset reference(s)

Printed: 03/25/2013 09:48 AM V.13.13

Case 2:09-bk-18453-DPC   Doc 92   Filed 04/10/13   Entered 04/10/13 10:39:59   Desc
Main Document    Page 9 of 15

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-18453-PHX  
**Case Name:** KRAMER, ROBERT F.  
KRAMER, ANN M.  
**Taxpayer ID #:** **-***8902  
**Period Ending:** 03/25/13  

**Trustee:** JILL H. FORD (240340)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-65 - Money Market Account  
**Blanket Bond:** $72,661,955.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | 9999-000 | 19,284.88 | | 19,284.88 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 19,285.47 |
| 04/09/10 | {23} | CITIBANK | PREFERENCE PAYMENT PER STIPULATION | 1241-000 | 7,000.00 | | 26,285.47 |
| 04/09/10 | {24} | WELLS FARGO | PREFERENCE PAYMENT | 1241-000 | 5,400.00 | | 31,685.47 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.56 | | 31,687.03 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.88 | | 31,688.91 |
| 06/01/10 | | STATE OF ARIZONA | 2009 STATE TAX REFUNDS | | 4,550.00 | | 36,238.91 |
| | {25} | | 2,692.69 | 1224-000 | | | 36,238.91 |
| | {2} | | 100.00 | 1129-000 | | | 36,238.91 |
| | {5} | | 30.00 | 1229-000 | | | 36,238.91 |
| | {6} | | 129.59 | 1229-000 | | | 36,238.91 |
| | {20} | | 1,597.72 | 1224-000 | | | 36,238.91 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.06 | | 36,240.97 |
| 07/19/10 | | UNITED STATES TREASURY | 2009 FEDERAL TAX REFUND | | 11,745.52 | | 47,986.49 |
| | {26} | | 6,951.00 | 1224-000 | | | 47,986.49 |
| | {20} | | 4,794.52 | 1224-000 | | | 47,986.49 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.43 | | 47,988.92 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.85 | | 47,991.77 |
| 08/31/10 | 11001 | CLERK, U.S. BANKRUPTCY COURT | ADVERSARY FILING FFEE | 2700-000 | | 250.00 | 47,741.77 |
| 09/12/10 | | ACCOUNT FUNDED: 9200******1519 | | 9999-000 | | 47,741.77 | 0.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 0.15 |
| 01/17/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 0.15 |
| 01/17/12 | | To Account #9200******1519 | CLOSE MMA AND TRANSFER TO MMA FOR TFR | 9999-000 | | 0.15 | 0.00 |

| | | | | ACCOUNT TOTALS | 47,991.92 | 47,991.92 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 19,284.88 | 47,741.92 | |
| | | | | Subtotal | 28,707.04 | 250.00 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | NET Receipts / Disbursements | $28,707.04 | $250.00 | |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-18453-PHX  
**Case Name:** KRAMER, ROBERT F.  
KRAMER, ANN M.  
**Taxpayer ID #:** **-***8902  
**Period Ending:** 03/25/13

**Trustee:** JILL H. FORD (240340)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-19 - Checking Account  
**Blanket Bond:** $72,661,955.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/12/10 | | FUNDING ACCOUNT: 9200******1565 | | 9999-000 | 47,741.77 | | 47,741.77 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 47,742.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,742.40 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 47,742.79 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,743.19 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,743.59 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 47,743.95 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,744.35 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 47,744.74 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,745.14 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 47,745.51 |
| 07/23/11 | 101 | CLERK. U. S. BANKRUPTCY COURT | ADVERSARY FEE 11-01317 | 2700-000 | | 250.00 | 47,495.51 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,495.91 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 91.57 | 47,404.34 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,404.74 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 110.42 | 47,294.32 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.27 | 47,297.59 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 47,297.97 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 97.18 | 47,200.79 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,201.19 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 93.75 | 47,107.44 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 47,107.82 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 103.26 | 47,004.56 |
| 12/07/11 | {34} | POLSINELLI SHUGHART | SETTLEMENT PAYMENT | 1241-000 | 75,000.49 | | 122,005.05 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.88 | | 122,005.93 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 209.59 | 121,796.34 |
| 01/17/12 | | From Account #9200******1565 | CLOSE MMA AND TRANSFER TO MMA FOR TFR | 9999-000 | 0.15 | | 121,796.49 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.02 | | 121,797.51 |
| 04/03/12 | 102 | JILL H. FORD | Dividend paid 100.00% on $9,399.95, Trustee Compensation; Reference: | 2100-000 | | 9,399.95 | 112,397.56 |
| 04/03/12 | 103 | JILL H. FORD | Dividend paid 100.00% on $174.15, Trustee Expenses; Reference: | 2200-000 | | 174.15 | 112,223.41 |
| 04/03/12 | 104 | TERRY A. DAKE | Dividend paid 100.00% on $44,405.00, | 3210-000 | | 44,405.00 | 67,818.41 |

Subtotals : $122,750.01 $54,931.60

{} Asset reference(s)

Exhibit 9
Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-18453-PHX  
**Case Name:** KRAMER, ROBERT F.  
KRAMER, ANN M.  
**Taxpayer ID #:** **-***8902  
**Period Ending:** 03/25/13

**Trustee:** JILL H. FORD (240340)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-19 - Checking Account  
**Blanket Bond:** $72,661,955.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Attorney for Trustee Fees (Other Firm); Reference: | | | | |
| 04/03/12 | 105 | TERRY A. DAKE | Dividend paid 100.00% on $780.19, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 780.19 | 67,038.22 |
| 04/03/12 | 106 | LOUANNE DELANEY | Dividend paid 6.60% on $26,538.69; Claim# 1; Filed: $26,538.69; Reference: 0042 | 7100-000 | | 1,753.85 | 65,284.37 |
| 04/03/12 | 107 | BIKE FASHION CORP. | Dividend paid 6.60% on $708,775.81; Claim# 3 -2; Filed: $708,775.81; Reference: | 7100-000 | | 46,840.65 | 18,443.72 |
| 04/03/12 | 108 | HARVEY GOULD | Dividend paid 6.60% on $92,335.37; Claim# 4 -2; Filed: $92,335.37; Reference:<br>Stopped on 07/15/12 | 7100-000 | | 6,102.14 | 12,341.58 |
| 04/03/12 | 109 | DONALD FAST | Dividend paid 6.60% on $92,335.37; Claim# 5 -2; Filed: $92,335.37; Reference: | 7100-000 | | 6,102.14 | 6,239.44 |
| 04/03/12 | 110 | DENNIS PORTER | Dividend paid 6.60% on $92,335.37; Claim# 6 -2; Filed: $92,335.37; Reference:<br>Stopped on 07/15/12 | 7100-000 | | 6,102.14 | 137.30 |
| 04/03/12 | 111 | PATRICK MURPHY | Dividend paid 6.60% on $2,077.55; Claim# 7 -2; Filed: $2,077.55; Reference:<br>Stopped on 07/15/12 | 7100-000 | | 137.30 | 0.00 |
| 07/15/12 | 108 | HARVEY GOULD | Dividend paid 6.60% on $92,335.37; Claim# 4 -2; Filed: $92,335.37; Reference:<br>Stopped: check issued on 04/03/12 | 7100-000 | | -6,102.14 | 6,102.14 |
| 07/15/12 | 110 | DENNIS PORTER | Dividend paid 6.60% on $92,335.37; Claim# 6 -2; Filed: $92,335.37; Reference:<br>Stopped: check issued on 04/03/12 | 7100-000 | | -6,102.14 | 12,204.28 |
| 07/15/12 | 111 | PATRICK MURPHY | Dividend paid 6.60% on $2,077.55; Claim# 7 -2; Filed: $2,077.55; Reference:<br>Stopped: check issued on 04/03/12 | 7100-000 | | -137.30 | 12,341.58 |
| 07/15/12 | 112 | PATRICK MURPHY | UNSECURED CLAIM<br>Stopped on 10/15/12 | 7100-000 | | 137.30 | 12,204.28 |
| 07/15/12 | 113 | HARVEY GOULD | CLAIM<br>Stopped on 10/15/12 | 7100-000 | | 6,102.14 | 6,102.14 |
| 07/15/12 | 114 | DENNIS PORTER | CLAIM<br>Stopped on 10/15/12 | 7100-000 | | 6,102.14 | 0.00 |
| 10/15/12 | 112 | PATRICK MURPHY | UNSECURED CLAIM<br>Stopped: check issued on 07/15/12 | 7100-000 | | -137.30 | 137.30 |
| 10/15/12 | 113 | HARVEY GOULD | CLAIM<br>Stopped: check issued on 07/15/12 | 7100-000 | | -6,102.14 | 6,239.44 |
| 10/15/12 | 114 | DENNIS PORTER | CLAIM | 7100-000 | | -6,102.14 | 12,341.58 |

Subtotals: $0.00   $55,476.83

{} Asset reference(s)   Printed: 03/25/2013 09:48 AM   V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 09-18453-PHX | **Trustee:** | JILL H. FORD (240340) |
| **Case Name:** KRAMER, ROBERT F. | **Bank Name:** | The Bank of New York Mellon |
| KRAMER, ANN M. | **Account:** | 9200-******15-19 - Checking Account |
| **Taxpayer ID #:** **-***8902 | **Blanket Bond:** | $72,661,955.00  (per case limit) |
| **Period Ending:** 03/25/13 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped: check issued on 07/15/12 | | | | |
| 10/15/12 | 115 | PATRICK MURPHY | UNSECURED CLAIM<br>Voided on 10/19/12 | 7100-000 | | 137.30 | 12,204.28 |
| 10/15/12 | 116 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED FUNDS | 7100-000 | | 12,204.28 | 0.00 |
| 10/19/12 | 115 | PATRICK MURPHY | UNSECURED CLAIM<br>Voided: check issued on 10/15/12 | 7100-000 | | -137.30 | 137.30 |
| 10/19/12 | 117 | PATRICK MURPHY | UNSECURED CLAIM<br>Stopped on 01/21/13 | 7100-000 | | 137.30 | 0.00 |
| 01/21/13 | 117 | PATRICK MURPHY | UNSECURED CLAIM<br>Stopped: check issued on 10/19/12 | 7100-000 | | -137.30 | 137.30 |
| 01/22/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001024034088 20130122 | 9999-000 | | 137.30 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 122,750.01 | 122,750.01 | $0.00 |
| | | | Less: Bank Transfers | | 47,741.92 | 137.30 | |
| | | | **Subtotal** | | 75,008.09 | 122,612.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$75,008.09** | **$122,612.71** | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 09-18453-PHX | | Trustee: | JILL H. FORD (240340) |
|---|---|---|---|---|
| Case Name: | KRAMER, ROBERT F. | | Bank Name: | Rabobank, N.A. |
| | KRAMER, ANN M. | | Account: | ****151566 - Checking Account |
| Taxpayer ID #: | **-***8902 | | Blanket Bond: | $72,661,955.00  (per case limit) |
| Period Ending: | 03/25/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/13 | | | | 9999-000 | 137.30 | | 137.30 |
| 02/04/13 | 10118 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED FUNDS | 7100-000 | | 137.30 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 137.30 | 137.30 | $0.00 |
| | | | Less: Bank Transfers | | 137.30 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **137.30** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$137.30** | |

{} Asset reference(s)

Printed: 03/25/2013 09:48 AM  V.13.13

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 09-18453-PHX | **Trustee:** | JILL H. FORD (240340) |
| **Case Name:** KRAMER, ROBERT F. | **Bank Name:** | Rabobank, N.A. |
| KRAMER, ANN M. | **Account:** | ****027966 - Checking Account |
| **Taxpayer ID #:** **-***8902 | **Blanket Bond:** | $72,661,955.00 (per case limit) |
| **Period Ending:** 03/25/13 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****15-65** | 19,284.88 | 0.00 | 0.00 |
| **MMA # 9200-******15-65** | 28,707.04 | 250.00 | 0.00 |
| **Checking # 9200-******15-19** | 75,008.09 | 122,612.71 | 0.00 |
| **Checking # ****151566** | 0.00 | 137.30 | 0.00 |
| **Checking # ****027966** | 0.00 | 0.00 | 0.00 |
| | $123,000.01 | $123,000.01 | $0.00 |