United States Bankruptcy Court for the
District of Arizona

IN RE:

Robert F. & Ann M. Kramer

Case No. 09-18453-PHX CGC

Judge Charles G. Case II

Debtor(s) /

## APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** a dividend check in the amount of $6,102.14 was issued by the trustee to Harvey Gould, creditor in the above-referenced case.

**IT ALSO APPEARING THAT** said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, U.S. Bankruptcy Court. The United States Treasury is currently holding these funds.

The creditor did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Harvey Gould. Dilks & Knopik, LLC filed a previous filed for these funds with an Application for Payment of Unclaimed Funds to Claimant Barbara Gould for the Estate of Philip Harvey Gould (See docket #86). After that application was filed we were kindly notified by Harvey Gould prior attorney Daniel P Beeks that we had the incorrect Harvey Gould. We withdrew our application based on the information provided by Attorney Beeks (See docket #88). Attorney Beeks informed us that the credited listed on the unclaimed funds report was actually Harvey Stewart Gould residing in Saskatchewan, as evidenced by exhibit A. Harvey Stewart Gould passed away on November 25th 2011 as evidenced by exhibit B. Wayne L. Bernakevitch was named the administrator of his estate, as evidenced by exhibit C.

**IF APPLICANT IS A FUNDS LOCATOR,** this application includes a Power of Attorney authorizing the undersigned, Dilks & Knopik, LLC, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds. This application includes an Affidavit of the undersigned that he/she has made all reasonable efforts to believe that the person or entity claiming right to these funds is the legal owner of such funds. The U.S. Attorney for the District of Arizona has been provided a copy of this application allowing 20 days from the date of service to file an objection to payment of the unclaimed funds.

Dilks & Knopik, LLC, attorney-in-fact for Wayne L. Bernakevitch, Administrator to the Estate of Harvey Gould, creditor, hereby petitions the Court for $6,102.14, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to creditor.

**THEREFORE,** an application is made for an order directing the Clerk of Court to pay said unclaimed funds to the order of Harvey Gould c/o Dilks & Knopik, LLC, applicant (or Attorney in Fact if application by funds locator), and mail said check to the following address: 35308 SE Center Street, Snoqualmie, WA 98065-9216.

Respectfully Submitted:

Dated: June 15, 2017

_____
Brian J. Dilks - Dilks & Knopik, LLC

On _____ before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

_____
Jeffrey A Hudspeth, Notary Public
My commission expires: October 19, 2019
Notary in and for the State of Washington

# AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that Wayne L. Bernakevitch, Administrator to the Estate of Harvey Gould is legally entitled to the unclaimed funds referenced in this application. I am familiar with State of Arizona requirements for acting in the capacity of Attorney in Fact.

Dated <u>June 15, 2017</u>

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
Wayne L. Bernakevitch,
Administrator to the
Estate of Harvey Gould

On <u>June 15, 2017</u> before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Jeffrey A Hudspeth, Notary Public
My commission expires: October 19, 2019
Notary in and for the State of Washington

United States Bankruptcy Court for the
District of Arizona

IN RE:

Robert F. & Ann M. Kramer

Case No. 09-18453-PHX CGC

Judge Charles G. Case II

Debtor(s) /

# NOTICE OF SERVICE

## OF APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Notice is hereby given that on June 15, 2017 a copy of the Application for Payment of Unclaimed Funds was mailed to the AZDB US Attorney for the District of Arizona, 2 Renaissance Square 40 N. Central Ave., Suite 1200, Phoenix, AZ 85004 by:

Dated: June 15, 2017

_____
Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
Wayne L. Bernakevitch,
Administrator to the
Estate of Harvey Gould

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

RE: Robert F. & Ann M. Kramer

Debtor(s)

Case: 09-18453-PHX CGC

**AUTHORITY TO ACT**
Limited Power of Attorney
**LIMITED TO ONE TRANSACTION**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Wayne L. Bernakevitch for the estate of Harvey Gould** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$6,102.14** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _[signature]_
Wayne L. Bernakevitch – Sole Executor

Date: June 5, 2017

Tax ID/(SIN): XXX-XX-2952

### ACKNOWLEDGMENT

PROVINCE
~~STATE~~ OF SASKATCHEWAN )

COUNTRY
~~COUNTY~~ OF CANADA )

On this 5 day of June, 2017, before me, the undersigned Notary Public in and for the said ~~County~~ COUNTRY and ~~State~~ PROVINCE, personally appeared Wayne L. Bernakevitch known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that he did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _[signature]_

Residing at Regina, Saskatchewan, Canada

My Commission expires N/A Being a Solicitor

_[Seal: KELLY A. C. WADDELL, Notary Public, SASKATCHEWAN]_