# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

ROBERT F. KRAMER
10433 N. 48TH PL.
PARADISE VALLEY, AZ 85253
**SSAN:** xxx–xx–6449
**EIN:**

ANN M. KRAMER
10433 N. 48TH PL.
PARADISE VALLEY, AZ 85253
**SSAN:** xxx–xx–7872
**EIN:**

Debtor(s)

Case No.: 2:09–bk–18453–DPC

Chapter: 7

## ORDER APPROVING APPLICATION FOR UNCLAIMED FUNDS

For good cause,
IT IS HEREBY ORDERED that the application for unclaimed funds is APPROVED. The clerk may disburse funds in the amount of $6,102.14 to the applicant named below.

**Name of Claimant:**
HARVEY GOULD

**Applicant's Name and Address:**
HARVEY GOULD
C/O DILKS & KNOPIK, LLC
35308 SE CENTER STREET
SNOQUALMIE, WA 98065–9216
(check will be sent to this address)

The court's financial records indicate that funds in the amount listed above are being held for the claimant named above.

Date: 2/21/19            Deputy Clerk: J. PIERSON