**SO ORDERED.**

**Dated: March 12, 2019**

*Daniel P. Collins*

**Daniel P. Collins, Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  
 
ROBERT F. KRAMER  
10433 N. 48TH PL.  
PARADISE VALLEY, AZ 85253  
**SSAN:** xxx–xx–6449  
**EIN:**  

ANN M. KRAMER  
10433 N. 48TH PL.  
PARADISE VALLEY, AZ 85253  
**SSAN:** xxx–xx–7872  
**EIN:**  

Debtor(s)

Case No.: 2:09–bk–18453–DPC

Chapter: 7

## AMENDED ORDER APPROVING APPLICATION FOR UNCLAIMED FUNDS

For good cause,  
IT IS HEREBY ORDERED that the application for unclaimed funds is APPROVED. The clerk may disburse funds in the amount of $6,102.14 to the applicant named below.

**Name of Claimant:**  
HARVEY GOULD

**Applicant's Name and Address:**  
ESTATE OF HARVEY GOULD  
WAYNE BERNAKEVITCH, ADMINISTRATOR  
C/O DILKS & KNOPIK, LLC  
35308 SE CENTER STREET  
SNOQUALMIE, WA 98065  
(check will be sent to this address)

The court's financial records indicate that funds in the amount listed above are being held for the claimant named above.

Date: 3/12/19        Deputy Clerk: J. PIERSON